TAMARA BEATTY PETERSON, ESQ., Bar No. 5218
tpeterson@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone: 702.786.1001
Facsimile: 702.786.1002

THOMAS C. HARDY, SBN 6294305
(admitted *pro hac vice*)
CROWELL & MORING LLP
300 N La Salle Dr Suite 2500
Chicago, IL 60654
Telephone: (312) 321-4200

*Attorneys for Defendant Rocky Mountain Hospital and Medical Service, Inc. dba Anthem Blue Cross and Blue Shield*

PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
702.786.1001

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MAX HEALTH, INC., a Nevada corporation,

Plaintiffs,

vs.

ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICES, INC., a foreign corporation doing business as ANTHEM BLUE CROSS AND BLUE SHIELD, individuals, DOES I through X, and ROE ENTITIES XI through XX, inclusive,

Defendants.

Case No: 2:24-cv-00633-CDS-BNW

**STIPULATION TO APPEAR REMOTELY FOR HEARING ON SEPTEMBER 1, 2026**

Plaintiff Max Health, Inc., ("Plaintiff"), by and through its counsel of record, David A. Stephens, Esq., and Defendant Rocky Mountain Hospital and Medical Service, Inc. d/b/a Anthem Blue Cross and Blue Shield ("Defendant"), incorrectly named as Rocky Mountain Hospital and Medical Services, Inc., by and through its counsel of record, the law firm of Peterson Baker, PLLC, hereby stipulate and agree, subject to the Court’s approval, to appear remotely at the Motion hearing

that is scheduled on September 1, 2026 at 10:00 a.m. before the Honorable Magistrate Judge Brenda Weksler, pursuant to the Minute Order received on August 28, 2026 [ECF No. 39] ("Minute Order"). The Motion hearing is regarding the Stipulation [ECF No. 38] submitted to the Court. *See* Minute Order.

Mr. Thomas C. Hardy, Esq. is associated into this case pursuant to the Order Granting his Verified Petition for Permission to Practice in this Case Only [ECF No. 21]. Mr. Hardy lives in Chicago, Illinois, and desires to appear virtually for this hearing. Permitting this remote appearance will prevent unnecessary travel expenses, avoid logistical scheduling hardships, and serve the interests of a just, speedy, and inexpensive determination of the issues surrounding the submitted Stipulation.

Local counsel for Mr. Hardy, Tamara Beatty Peterson, Esq., will appear in person at the hearing.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
702.786.1001

This stipulation is without prejudice to either party, is made in good faith, with good cause, and not for the purpose of unduly delaying discovery or trial.

DATED: August 28, 2026.

PETERSON BAKER, PLLC

*/s/ Tamara Beatty Peterson*
TAMARA BEATTY PETERSON, ESQ.
Bar No. 5218
tpeterson@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone: 702.786.1001
Facsimile: 702.786.1002

*Attorneys for Defendant Rocky Mountain Hospital and Medical Service, Inc. dba Anthem Blue Cross and Blue Shield*

STEPHENS LAW OFFICES

*/s/ David A. Stephens*
DAVID A. STEPHENS, ESQ., Bar No. 902
dstephens@davidstephenslaw.com
PO Box 33130
Las Vegas, NV 89133
Telephone: 702.656.2355
Facsimile: 702.656.2776

*Attorneys for Max Health, Inc.*

PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
702.786.1001

**ORDER**

**IT IS SO ORDERED.**

Dated: August 31, 2026

UNITED STATES MAGISTRATE JUDGE

PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
702.786.1001

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 28, 2026, I electronically filed the foregoing **STIPULATION TO APPEAR REMOTELY FOR HEARING ON SEPTEMBER 1, 2026** with the Clerk of the United States District Court for the District of Nevada using the CM/ECF system, which sends notice to all counsel of record in the above-entitled action, as listed below:

David A. Stephens
dstephens@davidstephenslaw.com
PO Box 33130
Las Vegas, NV 89133

*Attorneys for Plaintiff*

*/s/ Julia L. Melnar*
On behalf of Peterson Baker, PLLC